THE PEOPLE OF THE STATE OF NEW YORK ex rel. BUFFALO AND LAKE ERIE TRACTION COMPANY, Respondent, *v.* EGBURT E. WOODBURY et al., Composing the State Board of Tax Commissioners, Appellants.

*People ex rel. Buffalo & L. E. Traction Co.* v. *Woodbury*, 144 App. Div. 812, affirmed.
(Argued October 9, 1911; decided October 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 15, 1911, which annulled, on certiorari, a determination of the state board of tax commissioners as to the relative portion of a mortgage covering property both within and without the state, taxable under the Mortgage Tax Law.

*Thomas Carmody*, Attorney-General (*Irving D. Vann* of counsel), for appellants.

*Daniel J. Kenefick* and *Howard S. Jones* for respondent.

Order affirmed, with costs, on opinion of HOUGHTON, J., below.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.